# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| ) | |
| TONY C. HARRIS, JR., Debtor ) | CASE NO. : 18-11080-AMC |
| and TABITHA NICOLE SMITH, Codebtor ) | |
| ) | |
| ) | **HEARING DATE:** |
| CAPITAL ONE AUTO FINANCE, A ) | Tuesday, September 25, 2018 |
| DIVISION OF CAPITAL ONE, N.A. ) | 11:00 a.m. |
| Movant ) | |
| vs. ) | **LOCATION**: |
| ) | U.S. Bankruptcy Court |
| ) | Eastern District of Pennsylvania |
| ) | Courtroom No. 4 |
| TONY C. HARRIS, JR., Debtor ) | 900 Market Street |
| and TABITHA NICOLE SMITH, Codebtor ) | Philadelphia, PA 19107 |
| Respondents ) | |
| and ) | |
| WILLIAM C. MILLER, ESQ. ) | |
| Trustee ) | |

## ORDER

AND NOW, this 25th day of September, 2018, based upon the Motion submitted and attached hereto, it is hereby Ordered, Adjudged and Decreed that the Motion is granted. The automatic stay and codebtor stay is lifted with respect to the Movant.

Movant shall be and is hereby permitted to proceed and continue with an action in vehicle possession (2013 HYUNDAI Azera Sedan 4D Technology V6, V.I.N. KMHFH4JG6DA230577) and is hereby permitted to levy and sell the vehicle at issue and to pursue its remedies under state law in connection with the loan documents.

It is further Ordered that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

The stay of the Order as provided under Rule 4001 (a)(3), F.R.B.P., is hereby waived.

_____
Ashely M. Chan
U.S. BANKRUPTCY JUDGE

Please send copies to:

Tony C. Harris, Jr.
9601 Ashton Road
Apt 021
Philadelphia, PA 19114

Tabitha Nicole Smith
9601 Ashton Road
Apt 021
Philadelphia, PA 19114

Brad J. Sadek, Esquire
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Jason Brett Schwartz, Esquire
Mester & Schwartz, P.C.
1333 Race Street
Philadelphia, PA 19107