# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Tony C. Harris, Jr.**  
Debtor(s)

Case No. **18-11080**  
Chapter **13**

## Notice of Change of Address

Debtor's Social Security Number:     **xxx-xx-9091**

**My (Our) Former Mailing Address and Telephone Number was:**

Name:    **Tony C. Harris, Jr.**

Street:   **9601 Ashton Road**  
**Apt 021**

City, State and Zip:   **Philadelphia, PA 19114**

**Please be advised that effective  September 5, 2019, my new mailing address is:**

Name:    **Tony C. Harris, Jr.**

Street:   **1517 Watertown Way**

City, State and Zip:   **Chesapeake, VA 23320**

　

**/s/ Tony C. Harris, Jr.**  
**Tony C. Harris, Jr.**  
Debtor